# FEDERAL PUBLIC DEFENDER

WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

DONNA F. COLTHARP
DEPUTY DEFENDER

WILLIAM R. MAYNARD
WILLIAM H. IBBOTSON
DARREN L. LIGON
JOSEPH A. CORDOVA
REGINALDO TREJO, JR.
JOHN P. CALHOUN
SUPERVISORY ASSISTANTS

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525
TOLL FREE
(855) 666-1510
FACSIMILE
(915) 534-6534
_____
SAN ANTONIO
AUSTIN
DEL RIO
PECOS
ALPINE

March 4, 2016

United States District Clerk
United States Courthouse
525 Magoffin Ave.
El Paso, Texas  79901

   Re: USA vs. JONATHAN VALENZUELA
     Case No. EP:16-M-0721RFC

Dear Sir or Madam:

 Please be advised that I, Assistant Federal Public Defender, Michael Gorman, have been assigned to the above-referenced case.

        Very truly yours,

        MAUREEN SCOTT FRANCO
        Federal Public Defender

        /s/
        MICHAEL GORMAN
        Assistant Federal Public Defender