JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2016 MAR 23 PM 3: 14

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-16-CR- |
| | § | |
| Plaintiff, | § | INDICTMENT |
| | § | |
| v. | § | CT 1: 21:952(a) & 960(a)(1)-Importation |
| | § | of a Controlled Substance |
| JONATHAN VALENZUELA, | § | |
| | § | CT 2: 21:841(a)(1)-Possession of a |
| Defendant. | § | Controlled Substance With Intent to |
| | § | Distribute |

EP16CR0441

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(3))

That on or about March 1, 2016, in the Western District of Texas, Defendant,

**JONATHAN VALENZUELA,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

### COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about March 1, 2016, in the Western District of Texas, Defendant,

**JONATHAN VALENZUELA,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount

of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _____
    Assistant U.S. Attorney

Rev 03-12-2015